FORD v. MAYOR, ETC. (Supreme Court, Appellate Division, First Department. March 21, 1902.) Action by James Ford against the mayor, etc. No opinion. Motion granted, so far as to dismiss appeal, with $10 costs.

FREDERICK A. STOKES CO., Respondent, v. BUTTERICK PUB. CO., Limited, Appellant. (Supreme Court, Appellate Division, Second Department. March 19, 1902.) Action by the Frederick A. Stokes Company against the Butterick Publishing Company, Limited. No opinion. Order affirmed, with $10 costs and disbursements. All concur, except BARTLETT, J., taking no part.

FREEMAN, Respondent, v. MANHATTAN RY. CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. March 7, 1902.) Action by Joseph Freeman against the Manhattan Railway Company and another. A. O. Townsend, for appellants. L. M. Isaacs, for respondent. PER CURIAM. Judgment modified, by reducing the amount awarded for fee damage to the sum of $1,200, and by reducing the judgment for rental damage, interest, costs, and allowances as entered to the sum of $1,542.72, and, as so modified, affirmed, without costs to either party.

FULTON, Respondent, v. SIMPSON, Appellant. (Supreme Court, Appellate Division, Third Department. March 5, 1902.) Action by James Fulton against John F. Simpson. No opinion. Judgment unanimously affirmed, with costs.

In re FULTON AVENUE. (Supreme Court, Appellate Division, First Department. March 14, 1902.) In the matter of Fulton avenue. No opinion. Motion granted, with $10 costs.

In re GALLAGHER. (Supreme Court, Appellate Division, Third Department. March 11, 1902.) In the matter of the probate of the last will and testament of Sarah Gallagher, deceased. No opinion. Appeal dismissed, with $10 costs.

GARLAND, Respondent, v. SHAW, Appellant. (Supreme Court, Appellate Division, First Department. February 21, 1902.) Action by Amelia Garland against Mortimer W. Shaw. S. R. Taylor, for appellant. V. B. Denslow, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

GARRET, Appellant, v. WOOD et al., Respondents. (Supreme Court, Appellate Division, Third Department. March 5, 1902.) Action by Lena Garret against Bradford R. Wood, individually and as executor, etc., and others. No opinion. Judgment unanimously affirmed, with costs.

GILL, Appellant, v. MAY et al., Respondents. (Supreme Court, Appellate Division, First Department. February 21, 1902.) Action by Benjamin F. Gill against Lewis A. May and another. L. M. Berkeley, for appellant. J. Q. Cohen, for respondents. No opinion. Judgment affirmed, with costs.

GILMORE, Appellant, v. GILMORE, Respondent. (Supreme Court, Appellate Division, First Department. February 21, 1902.) Action by John J. Gilmore against Mabel Gilmore. C. Goldzier, for appellant. H. R. Tinkham, for respondent. No opinion. Order modified, by reducing counsel fee to $50, and alimony pendente lite to $5 a week, and, as modified, affirmed, without costs.

GINNEL et al., Respondents, v. STAYNER et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 14, 1902.) Action by William S. Ginnel and others against Elizabeth Stayner and others. No opinion. Motion to dismiss appeal denied.

GLASER, Respondent, v. CO-OPERATIVE BUILDING BANK, Appellant. (Supreme Court, Appellate Division, Second Department. March 14, 1902.) Action by Henry Glaser against the Co-operative Building Bank. No opinion. Appeal dismissed, with costs.

GOLDEN, Appellant, v. HILTS et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. March 25, 1902.) Action by William H. Golden against Ezra Hilts and another. No opinion. Judgment and order affirmed, with costs.

GOTT, Respondent, v. ERIE R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 14, 1902.) Action by Joseph W. Gott, as administrator, etc., against the Erie Railroad Company. No opinion. Motion denied.

GRAY v. METROPOLITAN ST. RY. CO. (Supreme Court, Appellate Division, First Department. March 7, 1902.) Action by John G. Gray against the Metropolitan Street Railway Company. No opinion. Motion denied, with $10 costs.

GREENWALD et al., Respondents, v. WALES, Sheriff, Appellant. (Supreme Court, Appellate Division, Third Department. March 11, 1902.) Action by Joseph Greenwald, Albert Hildebrandt, Isaac Alderman, and Daniel Greenwald against Augustus G. Wales, as sheriff of Broome county. No opinion. Motion denied.

In re HAYWARD. (Supreme Court, Appellate Division, First Department. March 14, 1902.) In the matter of John H. Hayward. No opinion. Decree affirmed, with costs.

HENNESEY, Respondent, v. COLLINS, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 28, 1902.) Action by William Hennesey against John R. Collins, as executor, etc. No opinion. Judgment affirmed, with costs.

HILDRETH, Respondent, v. HILDRETH, Appellant. (Supreme Court, Appellate Division, First Department. February 21, 1902.) Action by David M. Hildreth, Jr., against Charles A. Hildreth. L. N. Levi, for appellant. W. N. Cohen, for respondent. No opinion. Judgment affirmed, with costs.